UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| HAYELOM DERBEW | PETITIONER |
| VERSUS | CIVIL ACTION NO. 5:26-CV-319-DCB-RPM |
| WARDEN R. VERGARA | RESPONDENT |

**ORDER DIRECTING STATUS UPDATE**

This matter is before the Court *sua sponte*. On April 13, 2026, Hayelom Derbew filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner is a native and citizen of Ethiopia. At the time the petition was filed, he was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi. His removal order became final on October 25, 2025. Given the length of time Petitioner has been detained following his final order of removal, and considering controlling precedent of *Zadvydas v. Davis*, 533 U.S. 678 (2001), the Court directs Respondent to provide an update regarding Petitioner's removal. This response should include a description of efforts that have been made to effectuate his removal.

IT IS THEREFORE ORDERED that, **on or before November 13, 2026**, Respondent shall file a status update in compliance with this Order.

SO ORDERED AND ADJUDGED, this the 23rd day of October 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE